UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

BETTY JEAN BROWER,　　　　　　　)
　　　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　　) **JUDGMENT**
　　　v.　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　) Case No. 7:15-CV-173-KS
CAROLYN W. COLVIN,　　　　　　　)
*Acting Commissioner of Social Security,*　)
　　　　　　Defendant.　　　　　　)

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Plaintiff's Motion for Attorney Fees.

IT IS ORDERED, ADJUDGED AND DECREED the court GRANTS the Plaintiff's Motion for Attorney Fees [DE-33] and Orders that the defendant pay to the plaintiff $5,500.00 in attorney fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. §2412.

This judgment filed and entered on October 25, 2016, with *electronic service* upon:

**Paul Eaglin**
*Counsel for Plaintiff*
*via CM/ECF*

**David Mansfield**
*Counsel for Defendant*
*via CM/ECF*

　　　　　　　　　　　　　　　　　　**JULIE R. JOHNSTON**
　　　　　　　　　　　　　　　　　　**CLERK, U.S. DISTRICT COURT**

October 25, 2016　　　　　　　　　　/s/ *Shelia D. Foell*
　　　　　　　　　　　　　　　　　　(By): Shelia D. Foell, Deputy Clerk